AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
4:09 pm Aug 17 2020
Clerk U.S. District Court
Northern District of Ohio
Toledo

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Michael Zacharias | ) | 3:20MJ5257 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1999 - July 2020__ in the county of __Van Wert and Lucas__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 2422(b) | Coercion and Enticement |
| 18 U.S.C. sec. 1591(a) | Sex Trafficking of a Minor; & Sex Trafficking of an Adult by Force, Fraud, or Coercion |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Brian E. Russ - Special Agent - FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed.Crim.R. 41(d)(3) and 4.1.

Date: **Aug 17, 2020**

*Judge's signature*

City and state: Toledo, Ohio

U.S. Magistrate Judge James R. Knepp, II
*Printed name and title*